STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. GEORGE WASHINGTON, DEFENDANT-PETITIONER.

*Mr. Peter Murray, Mr. Richard Newman* and *Mrs. Susan F. Sinins* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Donald S. Coburn,* for the respondent.

September 17, 1968. Denied.

S. R. H. CORPORATION, PLAINTIFF-RESPONDENT, v.
ROGERS TRAILER PARK, INC., DEFENDANT-PETITIONER.

*Mr. Charles L. Bertini* and *Messrs. Huckin & Huckin* for the petitioner.

*Mr. Samuel J. Davidson* for the respondent.

September 17, 1968. Granted.

LARRY ROBINSON, PLAINTIFF-RESPONDENT, v. BRANCH
BROOK MANOR APARTMENTS, *ET AL.*, DEFENDANTS-
PETITIONERS, v. NEW JERSEY DIVISION ON CIVIL
RIGHTS, RESPONDENT.

*Messrs. Hannoch, Weisman, Stern & Besser* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. Stephen Skillman* for the respondent.

September 17, 1968. Denied.